# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### CLARKSBURG

| | |
|---|---|
| MICHAEL JACKSON, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>WHITEPAGES, INC.,<br><br>        Defendant. | Case No. 1:24-cv-00080-MFU |
| MICHAEL JACKSON, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>        Defendant. | Case No. 1:24-cv-00081-MFU |
| MICHAEL JACKSON, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMSON REUTERS AMERICA CORPORATION,<br><br>        Defendant. | Case No. 1:24-cv-00088-MFU |
| MICHAEL JACKSON, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>THRYV, INC.,<br><br>        Defendant. | Case No. 1:24-cv-00096-MFU |
| MICHAEL JACKSON, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>PEOPLECONNECT, INC., INTELIUS LLC, PUBREC, LLC, THE CONTROL GROUP MEDIA COMPANY, LLC, INSTANT CHECKMATE, LLC, and TRUTHFINDER, LLC,<br><br>        Defendants. | Case No. 1:24-cv-00102-MFU |


KATZ, KANTOR, STONESTREET & BUCKNER, PLLC
ATTORNEYS AT LAW

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Michael Jackson ("Plaintiff") respectfully submits this Notice of Supplemental Authority regarding the pending Consolidated Motion to Dismiss. *See* 1:24-cv-00080-MFU, ECF No. 27; 1:24-cv-00081-MFU, ECF No. 23; 1:24-cv-00088-MFU, ECF No. 26; 1:24-cv-00096-MFU, ECF No. 24; 1:24-cv-00102-MFU, ECF No. 33.

Plaintiff brings to the Court's attention the following opinion, authored by Justice Anne M. Patterson for a unanimous Supreme Court of New Jersey and entered on June 17, 2025, in *Kratovil v. City of New Brunswick*, No. 089427, 2025 WL 1689346 (N.J. June 17, 2025). The opinion upheld New Jersey's Daniel's Law against a first amendment challenge, addressing arguments similar to those presented in the Consolidated Motion to Dismiss regarding W. Va. Code § 5A-8-24.

Dated: July 7, 2025

Respectfully submitted,

**KATZ KANTOR STONESTREET & BUCKNER, PLLC**

By:   */s/ Jason E. Causey*
Jason E. Causey #9482
206 South Walker Street
Princeton, WV 24740
Telephone: (304) 898-8499
E-Mail: jcausey@kksblaw.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta*
Julian C. Diamond*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Fax: (212) 989-9163
E-Mail: pfraietta@bursor.com
         jdiamond@bursor.com

*\* Pro Hac Vice*



*Counsel for Plaintiff and the
Putative Class*

