# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA
# AT CLARKSBURG

MICHAEL JACKSON,
  on behalf of himself and
  all others similarly situated,
    Plaintiff,
v.                                                                    Civil Action No. 1:24-cv-80

WHITEPAGES, INC.,

    Defendant.

---

MICHAEL JACKSON,
  on behalf of himself and
  all others similarly situated,
    Plaintiff,
v.                                                                    Civil Action No. 1:24-cv-81

LEXISNEXIS RISK
SOLUTIONS, INC.,

    Defendant.

---

MICHAEL JACKSON,
  on behalf of himself and
  all others similarly situated,
    Plaintiff,
v.                                                                    Civil Action No. 1:24-cv-88

THOMSON REUTERS
AMERICA CORP.,

    Defendant.

---

1

**MICHAEL JACKSON,**
  on behalf of himself and
  all others similarly situated,
      Plaintiff,
v.                                                                      Civil Action No. 1:24-cv-96

**THRYV, Inc.**

      Defendant.

---

**MICHAEL JACKSON,**
  on behalf of himself and
  all others similarly situated,
      Plaintiff,
v.                                                                      Civil Action No. 1:24-cv-102

**PEOPLECONNECT, INC., et al.**

      Defendants.

---

## ORDER

This matter is before the court on a consolidated motion to dismiss for failure to state a claim filed by each of the defendants in the above-captioned cases. Plaintiff Michael Jackson filed class action complaints against these defendants alleging violations of Section E of a West Virginia statute known as Daniel's Law. For the reasons stated in the accompanying memorandum opinion, the court finds that Section E of West Virginia's Daniel's Law is a content-based restriction of speech subject to strict scrutiny. Although Section E of West Virginia's Daniel's Law serves a compelling state interest, Section E is not narrowly tailored because it lacks a notice or knowledge requirement. Thus, Section E of West Virginia's

Daniel's Law is unconstitutional on its face, and the motion to dismiss must be **GRANTED**.

Each of the above-captioned cases shall be closed and stricken from the active docket of the court.

It is so **ORDERED**.

Entered: 08-18-2025

Michael F. Urbanski
Senior United States District Judge